EXHIBIT
1

# CONSENT TO JOIN

1. I consent to make a claim as a party plaintiff in the lawsuit against Defendant Missouri Central Title Holding Co., LLC to seek relief for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I designate Kevin J. Dolley and HKM Employment Attorneys LLP to represent me in bringing this claim and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication or settlement of this action by the Court, whether favorable or unfavorable.

**Date:** September 28, 2026 **Signature:** /s/ Kayla Cunningham

**Print Name:** Kayla Cunningham a/k/a Kayla Bridges